IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOVANNA MARIE ADDISON,

    Plaintiff,

v

THE KELLOGG COMPANY and
EDDIE SMITH,

    Defendants.

Case No. 3:18CV-379-CHB

HON. _____

(Removed from the District Court of Jefferson County, Kentucky Case No. 18CI002964)

*Filed Electronically*

### NOTICE OF REMOVAL

The Kellogg Company ("Kellogg"), pursuant to 28 U.S.C. 1331, 1441 and 1446, hereby effects removal of this action to the United States District Court for the Western District of Kentucky, Louisville Division, based on federal question jurisdiction. As grounds for removal, Keebler states as follows:

### FACTUAL BACKGROUND AND STATE COURT PROCEEDINGS

1. On February 23, 2017, Plaintiff Jovanna Marie Addison ("Plaintiff") filed a Complaint alleging employment discrimination and retaliation in the District Court of Jefferson County, Kentucky, Case No. 18CI002964, naming The Kellogg Company and Eddie Smith as Defendants. A filed-stamped copy of Plaintiff's Complaint is attached as Exhibit 1.

2. On May 30, 2018, Kellogg received service through its registered agent of summons and a copy of Plaintiff's Complaint. A copy of the summons is included in Exhibit 1.

3. Plaintiff, an employee of Kellogg, has alleged in her Complaint that she was subjected to retaliation under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. *See*

|   |   |
|---|---|
|   | Complaint at ¶¶ 25-28. Plaintiff also has alleged that she was subjected to sexual harassment in the workplace and retaliation. |
| 4. | This Notice of Removal is filed pursuant to 28 U.S.C. §1441(a) which provides in relevant part, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action in pending." |

### REMOVAL IS PROPER UNDER 28 U.S.C. § 1331

| | |
|---|---|
| 5. | Plaintiff's Complaint includes a claim under a federal statute, the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. Plaintiff also has alleged that she filed Charges with the U.S. Equal Employment Opportunity Commission alleging discrimination based upon sex and retaliation and that she received a Notice of Suit Rights prior to filing her Complaint. *See* Complaint at ¶ 12. |
| 6. | This Court has original jurisdiction over this lawsuit because Plaintiff's action includes one or more claims arising under "the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. |
| 7. | Pursuant to 28 U.S.C. § 1446(a) all process, pleadings and orders served and/or filed in the state court action are included in Exhibit 1. |

### VENUE IS PROPER

| | |
|---|---|
| 8. | Venue is proper in this district because all or substantially all of the events that Plaintiff has alleged in her Complaint are alleged to have occurred within this district. 28 U.S.C. §1391(b)(2). |

## REMOVAL IS TIMELY

9.  This Notice of Removal is being filed within thirty (30) days after the receipt by Kellogg, through service, of a copy Plaintiff's Complaint, setting forth the claims for relief upon which Plaintiff's action is based and claimed against Kellogg. Accordingly, the notice of removal is timely filed. *See* U.S.C. § 1446(b)(1).

## OTHER REQUIREMENTS FOR REMOVAL ARE MET

10. Defendant Kellogg has not filed any responsive pleadings, or filed any papers responding to Plaintiff's Complaint in the state court.

11. Defendant Kellogg will promptly give notice of the filing of this Notice of Removal to counsel of record for Plaintiff and a copy of this Notice of Removal will be filed with the Clerk of the District Court of Jefferson County, Kentucky as required by 28 U.S.C. § 1446(d).

## CONCLUSION

WHEREFORE, Notice is given that this action is removed from the Circuit Court of Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

LANDRUM & SHOUSE, LLP

  /s/ Bridget M. Bush
Bridget M. Bush
220 W. Main Street, Suite 1900
Louisville, KY 40202
Ph: (502) 589-7616
Fx: (502) 589-2119
***Counsel for Defendant***
***Kellogg Company***

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that a true and correct copy of the foregoing was served through the Court's ECF system and was emailed by the undersigned, this 12th day of June, 2018, to:

George R. Carter
1000 East Kentucky Street
Louisville, Kentucky  40204
lawbygeorge@gmail.com

             */s/ Bridget M. Bush*
             Bridget M. Bush

DMS  12596628v1