# EXHIBIT 1

 CT Corporation

**Service of Process Transmittal**
05/30/2018
CT Log Number 533430240

| | |
|---|---|
| **TO:** | Charlene Ross<br>Kellogg Company<br>1 Kellogg Sq<br>Battle Creek, MI 49017-3517 |
| **RE:** | **Process Served in Kentucky** |
| **FOR:** | Kellogg Sales Company  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOVANNA MARIE ADDISON, PLTF. vs. THE KELLOGG COMPANY AND EDDIE SMITH, DFTS. *Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summons, Proof, Complaint, Attachment |
| **COURT/AGENCY:** | Jefferson County Circuit Court, KY<br>Case # 18CI002964 |
| **NATURE OF ACTION:** | Employee Litigation - Harassment |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 05/30/2018 postmarked on 05/25/2018 |
| **JURISDICTION SERVED :** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | GEORGE R. CARTER<br>1000 EAST KENTUCKY STREET<br>LOUISVILLE, KY 40204<br>502-419-7157 |
| **REMARKS:** | According to the KY Secretary of State, the only entity registered beginning with the name The Kellogg Company is Kellogg Sales Company |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/02/2018, Expected Purge Date: 06/07/2018<br><br>Image SOP<br><br>Email Notification,  Charlene Ross  Charlene.Ross@kellogg.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>609-538-1818 |

Page 1 of  1 / NM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

David L. Nicholson, Jefferson Circuit Clerk
600 West Jefferson Street
Louisville, KY 40202-4731

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7018 0040 0000 4817 2741

CT CORPORATION SYSTEM
306 W MAIN STREET
SUITE 512
FRANKFORT, KY 40601



ZIP 40202
02 4W
0000339432 MAY. 25. 2018
U.S. POSTAGE >> PITNEY BOWES
$ 007.62°

| AOC-E-105    Sum Code: CI | | Case #: **18-CI-002964** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **ADDISON, JOVANNA MARIE VS. THE KELLOGG COMPANY, ET AL,** *Defendant*

TO: **CT CORPORATION SYSTEM**
   **306 W MAIN STREET**
   **SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is THE KELLOGG COMPANY

The Commonwealth of Kentucky to Defendant:
**THE KELLOGG COMPANY**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **05/24/2018**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____        _____
                                          Served By

                                          _____
                                          Title

Package: 000002 of 000011

Presiding Judge: HON. AUDRA J. ECKERLE (630291)

Summons ID: 10232897557558@00000868203
CIRCUIT: 18-CI-002964 Certified Mail
ADDISON, JOVANNA MARIE VS. THE KELLOGG COMPANY, ET AL



Page 1 of 1

**eFiled**

NOT ORIGINAL DOCUMENT
06/12/2018 04:39:26 PM
87204-25

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #:  **18-CI-002964**<br>Court:    **CIRCUIT**<br>County:  **JEFFERSON Circuit** |

*Plantiff,* **ADDISON, JOVANNA MARIE VS. THE KELLOGG COMPANY, ET AL**, *Defendant*

TO:   **EDDIE SMITH**
      **1908 FRANSLEY ROAD**
      **APT 6**
      **LOUISVILLE, KY 40216**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David L. Nicholson, Jefferson Circuit Clerk
Date: **05/24/2018**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____        _____
                                            Served By

                                            _____
                                            Title

Summons ID: @00000868202
CIRCUIT: 18-CI-002964 Certified Mail
ADDISON, JOVANNA MARIE VS. THE KELLOGG COMPANY, ET AL



Page 1 of 1

Presiding Judge: HON. AUDRA J. ECKERLE (630291)

CI : 000001 of 000001

eFiled

CASE NO.                                                  JEFFERSON CIRCUIT COURT
                                                                 DIVISION NO.

*ELECTRONICALLY FILED*

JOVANNA MARIE ADDISON                                              PLAINTIFF
1004 South 45th Street
Louisville, KY 40211

v                       **VERIFIED COMPLAINT FOR DAMAGES**

THE KELLOGG COMPANY                                                DEFENDANTS
One Kellogg Square
Battle Creek, MI 49016

    Serve: C T CORPORATION SYSTEM
           306 W MAIN ST
           SUITE 512
           FRANKFORT, KY 40601

EDDIE SMITH
1908 Fransley Road, Apt 6
Louisville, KY 40216

\*\* \*\* \*\* \*\*

    Plaintiff Jovanna Marie Addison for her cause of action against the Defendants The Kellogg Company and Eddie Smith states as follows:

    1. Plaintiff Jovanna Marie Addison is an individual woman who at all times relevant herein was a resident of Jefferson County, Kentucky.

    2. The Defendant the Kellogg Company is a Delaware corporation, and at all times relevant herein was, an American multinational food-manufacturing company

headquartered in Battle Creek, Michigan, that is doing business in Jefferson County, Kentucky.

3. The Defendant The Kellogg Company is subject to this court's jurisdiction under KRS Chapter 344 as the Defendant employs more than eight employees and is engaged in interstate commerce within the meaning of KRS 344.030 (2).

4. Plaintiff is informed and believes, and based thereon alleges, that Defendant Eddie Smith is an individual who at all times relevant herein was a resident of Jefferson County, Kentucky. At all times relevant herein the Defendant Eddie Smith was an employee or agent of the Defendant The Kellogg Company.

5. Whenever in this complaint reference is made to "Defendants, and each of them," such allegation shall be deemed to mean the acts of Defendants acting individually, jointly, and/or severally.

6. Venue is proper with this Court because the complainted of conduct occurred in Jefferson County, Kentucky.

7. The Plaintiff was hired by the Defendant Kellogg Company on January 9, 2017, as a laborer in the Sanitation Department to cleaning the Company's building and machinery.

8. Withing a week of her employment, the Defendant Eddie Smith, who was Plaintiff's supervisor, began to verbally sexually assault the Plaintiff, to pull her into the oil room where he fondled the Plaintiff's breasts and to rubbed other parts of the Plaintiff's body.

9. The Plaintiff told her boyfriend about what happened at work who in turn reported the harassment to one of Plaintiff's co-employees who reported the harassment to the Union Steward. On or about February 14, 2018, the Plaintiff, with the shop steward present, told the Defendant Kellogg's plant that she was being sexually harassed and inappropriately grabbed and touched by Eddie Smith.

10. On or about February 16, 2018, the Plaintiff had more conversations with Don Henderson and Lisa Early about Eddie Smith doing her evaluations because of the sexual harassment. During this meeting Don Henderson told the Plaintiff that he did not want to talk about the matter. The Defendant Kellogg assigned another supervisor to evaluate Plaintiff's work performance.

11. The Defendant Kellogg did not reprimand the Defendant Eddie Smith. Instead, the Defendant Kellogg Company's supervisor Lisa Early became upset with the Plaintiff and retaliated against the Plaintiff by telling other employees not to be alone with the Plaintiff and to watch what they said around the Plaintiff.

12. The Plaintiff has satisfied her obligation to exhaust her administrative remedies by timely filing Charges of Discrimination with the U. S. Equal Employment Opportunity Commission against the Defendants alleging discrimination based upon sex and retaliation by the Defendant The Kellogg Company. The Plaintiff has received the required Notice of Suit Rights and she timely files this action.

### FIRST CAUSE OF ACTION

13. Plaintiff repeats and realleges by reference each and every allegation contained in paragraphs 1 through 12 and incorporates the same herein as though fully set forth.

12. Defendant The Kellogg Company, through its agents or supervisors, including and the Defendant Eddie Smith engaged in a pattern and practice of unlawful sex discrimination by subjecting Plaintiff to unwelcome sexual harassment, known unlawful conduct under KRS Chapter 344.

13. The above-described unwelcome sexual harassment created an intimidating, oppressive, hostile and offensive work environment which interfered with Plaintiff's emotional well-being.

14. The Defendant The Kellogg Company at all times relevant hereto had actual and constructive knowledge of the conduct described in paragraphs 1 through 11.

15. As a result of the hostile and offensive work environment perpetrated by Defendants and maintained by the Defendant The Kellogg Company, and Defendant The Kellogg Company's failure to protect Plaintiff from further harassment, Plaintiff suffered severe emotional distress.

16. As a direct and proximate result of Defendants' willful, knowing and intentional discrimination against her, Plaintiff has suffered and will continue to suffer pain and suffering, and extreme and severe mental anguish and emotional distress; she has incurred and will continue to incur medical expenses for treatment by health professionals, and for other incidental expenses; and she has suffered and will continue to suffer a loss of earnings and other employment benefits and job opportunities. Plaintiff is thereby entitled to general and compensatory damages in amounts to be proven at trial.

17. As a further direct and proximate result of Defendants' violation of, as heretofore described, Plaintiff has been compelled to retain the services of counsel in an

effort to enforce the terms and conditions of the employment relationship with Defendants, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to Plaintiff, who therefore will seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained. Plaintiff requests that attorneys' fees be awarded.

18. Plaintiff is informed and believes, and based thereon alleges, that the outrageous conduct of Defendants described above was done malice and with a conscious disregard for her rights. Plaintiff is further informed and believes that The Kellogg Company, through its officers, managing agents or its supervisors, authorized, condoned and/or ratified the unlawful conduct of Defendant Supervisor. By reason thereof, Plaintiff is entitled to punitive or exemplary damages from all Defendants in a sum according to proof at trial.

## SECOND CAUSE OF ACTION

19. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 18 and incorporates the same by reference as though fully set forth herein.

20. As herein alleged, Defendants illegally retaliated against Plaintiff by subjecting the Plaintiff to adverse employment actions by her employer because she had reported sexual harassment of herself. The Defendant the Kellogg Company's actions constitute a continuing violation of the Plaintiff's rights and have been on going since she reported the incidents to the Defendant.

21. Plaintiff's treatment at work by the Defendant The Kellogg Company and its supervisor and employees constitute intentional and unlawful acts against the Plaintiff in violation of her rights under KRS Chapter 344.

22. As a direct and proximate result of Defendants' willful, knowing and intentional discrimination and retaliation against her, Plaintiff has suffered and will continue to suffer pain and suffering, and extreme and severe mental anguish and emotional distress. Plaintiff is thereby entitled to general and compensatory damages in amounts to be proven at trial.

23. As a further, direct and proximate result of Defendants' actions, as heretofore described, Plaintiff has been compelled to retain the services of counsel in an effort to enforce the terms and conditions of her employment relationship with Defendants, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to her. Plaintiff will therefore seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained. Plaintiff requests that attorneys fees be awarded.

24. Plaintiff is informed and believes, and based thereon alleges, that the outrageous conduct of Defendants described above was done malice and with a conscious disregard for her rights. Plaintiff is further informed and believes that The Kellogg Company, through its officers, managing agents or its supervisors, authorized, condoned and/or ratified the unlawful conduct of Defendant Supervisor. By reason thereof, Plaintiff is entitled to punitive or exemplary damages from all Defendants in a sum according to proof at trial.

## THIRD CAUSE OF ACTION

25. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 24 and incorporates the same by reference as though fully set forth herein.

26. As herein alleged, Defendants illegally retaliated against Plaintiff in violation of the American Disabilities Act, by directing her to leave the premises when she was advising her supervisor that she was suffering from Multiple Sclerosis. If the Plaintiff had left the building following the directions of her supervisor, The Defendant Kellogg Company would have terminated her employment instead of making a reasonable accommodation for Plaintiff's physical restrictions to allow her to continue working, all in violation of the American Disabilities Act and KRS Chapter 344.

27. As a direct and proximate result of Defendants' willful, knowing and intentional discrimination and retaliation against her, Plaintiff has suffered and will continue to suffer pain and suffering, and extreme and severe mental anguish and emotional distress. Plaintiff is thereby entitled to general and compensatory damages in amounts to be proven at trial.

28. As a further, direct and proximate result of Defendant's actions, as heretofore described, Plaintiff has been compelled to retain the services of counsel in an effort to enforce the terms and conditions of her employment relationship with Defendants, and has thereby incurred, and will continue to incur, legal fees and costs, the full nature and extent of which are presently unknown to her. Plaintiff will therefore seek leave of Court to amend this Complaint in that regard when the same shall be fully and finally ascertained. Plaintiff requests that attorneys fees be awarded.

WHEREFORE, Plaintiff prays that judgment be entered in her favor and against Defendants as follows:

1. That Plaintiff be awarded general and compensatory damages, including prejudgment interest, in an amount according to proof at trial;

2. That Plaintiff be awarded punitive damages in an amount according to proof at trial;

3. That Plaintiff be awarded reasonable attorney's fees and costs of suit;

4. Trial by jury; and

4. That Plaintiff be awarded such other and further relief as the Court deems just and proper.

Respectfully submitted

George R. Carter
1000 East Kentucky Street
Louisville, KY 40204
Telephone: (502) 419-7157
Facsimile: 800-608-6088
Email: lawbygeorge@gmail.com
Attorney for Plaintiff
Jovanna Marie Addison

## VERIFICATION

I hereby certify that I have read the above Complaint and that the information contained therein is true and correct to the best of my knowledge and belief.

*Jovanna Marie Addison*

Subscribed, acknowledged and sworn to before me by Jovanna Marie Addison this 24 day of May 2018.

My Commission Expires: 3-13-2020

Elizabeth C Pollock  ID # 551033
NOTARY PUBLIC, STATE AT LARGE

| | |
|---|---|
| **CIVIL ACTION NO. 18-CI-002964** | **JEFFERSON CIRCUIT COURT**<br>**DIVISION SEVEN (7)**<br>**JUDGE AUDRA J. ECKERLE** |

**JOVANNA MARIE ADDISON,**

       **Plaintiff,**

**v.**

**KELLOGG SALES COMPANY, ET AL.,**

       **Defendants.**

*Filed Electronically*

### ENTRY OF APPEARANCE

Comes the undersigned counsel, Bridget M. Bush of Landrum & Shouse, LLP, and hereby enters her appearance as Counsel for Defendant, Kellogg Sales Company.

                Respectfully submitted,

                /s  Bridget M. Bush
                BRIDGET M. BUSH
                LANDRUM & SHOUSE, LLP
                220 W. Main Street, Suite 1900
                Louisville, Kentucky 40202
                Phone: (502) 589-7616
                bbush@landrumshouse.com
                *Counsel for Defendant,*
                *Kellogg Sales Company*

## CERTIFICATE OF SERVICE

      It is hereby certified that the foregoing was filed with the above Court electronically, via Kentucky Courtnet 2.0 eFiling system and sent to the following via U.S. Mail and eMail this 12th day of June, 2018:

George R. Carter
1000 East Kentucky St.
Louisville, KY  40204
lawbygeorge@gmail.com
*Counsel for Plaintiff*
*Jovanna Marie Addison*

                                  /s  Bridget M. Bush
                              *Counsel for Defendant,*
                              *Kellogg Sales Company*