# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

JOVANNA MARIE ADDISON,

    Plaintiff,

v

THE KELLOGG COMPANY and
EDDIE SMITH,

    Defendants.

Case No. 3:18-cv-00379-CHB

HON. CLARIA HORN BOOM
Mag. Judge Colin H. Lindsay

(Removed from the District Court of Jefferson County, Kentucky Case No. 18CI002964)

---

George R. Carter
1000 East Kentucky Street
Louisville, KY 40204
Phone: (502) 419-7157
Facsimile: (800) 608-6088
lawbygeorge@gmail.com
*Attorneys for Plaintiff*

Bridget M. Bush
LANDRUM & SHOUSE, LLP
220 W. Main Street, Suite 1900
Louisville, KY 40202
Ph: (502) 589-7616
Fx: (502) 589-2119
*Attorneys for Defendant Kellogg Company*

Jennifer J. Stocker
*Pending Pro Hac Vice*
BARNES & THORNBURG LLP
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, MI 49503
Ph: (616) 742-3932
Fx: (616) 742-3999
*Attorneys for Defendant Kellogg Company*

---

## **AGREED STIPULATION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jovanna Marie Addison and Defendant Kellogg Company, hereby stipulate to the dismissal of all claims in this action with prejudice, with each party to bear their own costs and fees.

DMS 14300502.1

**STIPULATED AS TO FORM AND CONTENT:**

 /s/ George R. Carter
George R. Carter
1000 East Kentucky Street
Louisville, KY 40204
Phone: (502) 419-7157
Facsimile: (800) 608-6088
lawbygeorge@gmail.com
*Attorneys for Plaintiff*

/s/ Bridget M. Bush
Bridget M. Bush
LANDRUM & SHOUSE, LLP
220 W. Main Street, Suite 1900
Louisville, KY 40202
Ph: (502) 589-7616
Fx: (502) 589-2119
*Attorneys for Defendant Kellogg Company*

/s/ Jennifer J. Stocker
Jennifer J. Stocker
*Pending Pro Hac Vice*
BARNES & THORNBURG LLP
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, MI 49503
Ph: (616) 742-3932
Fx: (616) 742-3999
*Attorneys for Defendant Kellogg Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 4, 2019, copies of the Agreed Stipulation and Proposed Order for Dismissal were electronically filed with the court and served on the following counsel of record electronically:

        Respectfully submitted,

         /s/ Jennifer J. Stocker