UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOVANNA MARIE ADDISON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:18-CV-379-CHB |
| ) | |
| v. ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| THE KELLOGG COMPANY, et al., ) | **PREJUDICE** |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Plaintiff Jovanna Marie Addison's and Defendant The Kellogg Company's Agreed Stipulation for Dismissal [R. 29] of each of plaintiff's claims against Defendant The Kellogg Company, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii)[1]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

April 22, 2019

*Claria Horn Boom*
Claria Boom, District Judge
United States District Court

cc: Counsel of Record

---

[1] Defendant Eddie Smith was never served by the Plaintiff. *See* [R. 10, ¶ 1].

- 1 -